**Fill in this information to identify the case:**

Debtor name: **Prince Bakery, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-10252-scc**

○ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                         12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ **344,500.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ **344,500.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **715,632.16**

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                      $ **715,632.16**

**Fill in this information to identify the case:**

Debtor name: **Prince Bakery, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-10252-scc**

○ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ○ No. Go to Part 2.
   ⊓ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Orange Bank & Trust Company | Receiver | 4946 | Unknown |
   | 3.2. | The Westchester Bank | Receiver | 9966 | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                  **$0.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ⊓ No. Go to Part 3.
   ○ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ○ No. Go to Part 4.
    ⊓ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **Prince Bakery, Inc.** | Case number *(If known)* **21-10252-scc** |
|---|---|---|
| | Name | |

|  | 11a. 90 days old: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

|  | 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. |  |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

⊓ No.  Go to Part 5.
○ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

○ No.  Go to Part 6.
⊓ Yes Fill in the information below.

|  | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
|  | **Flour** | | **$0.00** | | **$5,000.00** |
|  | **Boxes** | | **$0.00** | | **$2,500.00** |
|  | **Bags** | | **$0.00** | | **$2,500.00** |

| 20. | **Work in progress** | |
|---|---|---|
| 21. | **Finished goods, including goods held for resale** | |
| 22. | **Other inventory or supplies** | |
| 23. | **Total of Part 5.** | **$10,000.00** |
|  | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
    ○ No
    ⊓ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ○ No
    ⊓ Yes. Book value    **0.00**  Valuation method    Current Value    **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ⊓ No
    ○ Yes

| Debtor | **Prince Bakery, Inc.** | Case number *(If known)* **21-10252-scc** |
|---|---|---|
| | Name | |

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ∩ No.  Go to Part 7.
- ○ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ∩ No.  Go to Part 8.
- ○ Yes Fill in the information below.

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ○ No.  Go to Part 9.
- ∩ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Divider - Oshikiri** | $0.00 | | $20,000.00 |
| | **Divider - Adamadic** | $0.00 | | $30,000.00 |
| | **Rollers - Adamadic** | $0.00 | | $12,000.00 |
| | **Rollers - Adamadic** | $0.00 | | $12,000.00 |
| | **Steam Box** | $0.00 | | $10,000.00 |
| | **Mixer** | $0.00 | | $20,000.00 |
| | **Mixer** | $0.00 | | $70,000.00 |
| | **6 Adamatic ovens 6 x $7,000.00** | $0.00 | | $42,000.00 |
| | **Adamatic Proofer** | $0.00 | | $20,000.00 |
| | **Rounder** | $0.00 | | $20,000.00 |

| Debtor | Prince Bakery, Inc. | Case number *(If known)* | 21-10252-scc |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Benier Proofer** | | $0.00 | $40,000.00 |
| **Steel racks (approximately 100)** | | $0.00 | $10,000.00 |
| **Steel pans** | | $0.00 | $4,000.00 |
| **Walk-in freezbox** | | $0.00 | $1,000.00 |
| **Water chiller** | | $0.00 | $20,000.00 |
| **Ingersoll Rand Air Compressor** | | $0.00 | $3,500.00 |
| **Camera/Security system** | | $0.00 | Unknown |
| **4 Bins with piping (insert more specific description)** | | $0.00 | Unknown |

51. **Total of Part 8.**  $334,500.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ⌑ No
    - ○ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ⌑ No
    - ○ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    - ⌑ No.  Go to Part 10.
    - ○ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ○ No.  Go to Part 11.
    - ⌑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Prince Bakery logo** | $0.00 | | Unknown |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

| Debtor | **Prince Bakery, Inc.** | Case number *(If known)* **21-10252-scc** |
|---|---|---|
| | Name | |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**          $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ∩ No
    ○ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ∩ No
    ○ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ∩ No
    ○ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ∩ No.  Go to Part 12.
    ○ Yes Fill in the information below.

| Debtor | **Prince Bakery, Inc.** | Case number *(If known)* **21-10252-scc** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $334,500.00 | |
| 88. | **Real property.** *Copy line 56, Part 9........>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $344,500.00 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $344,500.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Prince Bakery, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **21-10252-scc** |

○ Check if this is an amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

⊓ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

○ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Prince Bakery, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-10252-scc**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operati**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | Unknown | Unknown |
| 2.2 | Priority creditor's name and mailing address<br>**New York City Dept. Finance**<br>**Office of Legal Affairs**<br>**375 Pearl Street, 30th Floor**<br>**New York, NY 10038-1442**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | Unknown | Unknown |

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-scc** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **NYC Dep't of Finance**<br>**Legal Affairs**<br>**345 Adams Street, Fl 3**<br>**Brooklyn, NY 11201-3719** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ⌐ No<br>○ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **United States Attorney, SDNY**<br>**Att: Tax & Bankruptcy Unit**<br>**86 Chambers St., Third Floor**<br>**New York, NY 10007-1825** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ⌐ No<br>○ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.00** |
|---|---|---|---|
| | **A-1 Gilbert Telephone Answerin**<br>**P.O. Box 15395**<br>**Beverly Hills, CA 90209** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Payable** | |
| | Last 4 digits of account number **9522** | Is the claim subject to offset? ⌐ No  ○ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|
| | **AMRO Container Corp.**<br>**65 North Industry Court**<br>**Deer Park, NY 11729** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ⌐ No  ○ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Arctic Glacier Premium Ice**<br>**500 Fenimore Road**<br>**Mamaroneck, NY 10543** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ⌐ No  ○ Yes | |

| Debtor | Prince Bakery, Inc. | Case number (if known) | 21-10252-scc |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Blue Spruce Corporation**<br>**2245 New England Thruway**<br>**Bronx, NY 10475**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>Basis for the claim: **Rent**<br><br>Is the claim subject to offset? ∩ No   ○ Yes | **$188,000.00** |
|---|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address<br>**EJ Paper Company**<br>**760 Saw Mill River Road**<br>**Yonkers, NY 10710**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>Basis for the claim: **Trade Payable**<br><br>Is the claim subject to offset? ∩ No   ○ Yes | **Unknown** |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Ferrantino Fuel Corporation**<br>**Mango & Iacoviello, LLP**<br>**14 Penn Plaza, Suite 1919**<br>**New York, NY 10122**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>Basis for the claim: **Trade Payable**<br><br>Is the claim subject to offset? ∩ No   ○ Yes | **$22,265.72** |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Four Suns Fuel Co. Inc.**<br>**2460 Rowe Street**<br>**Bronx, NY 10461**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>Basis for the claim: **Trade Payable**<br><br>Is the claim subject to offset? ∩ No   ○ Yes | **$11,000.00** |
| 3.8 | Nonpriority creditor's name and mailing address<br>**Frances Rusciano**<br>**19 Knolltop Road**<br>**Elmsford, NY 10523**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>Basis for the claim: **Note Payable**<br><br>Is the claim subject to offset? ∩ No   ○ Yes | **$24,000.00** |
| 3.9 | Nonpriority creditor's name and mailing address<br>**Joseph A. Maria, Esq.**<br>**301 Old Tarrytown Road**<br>**White Plains, NY 10603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>∩ Disputed<br><br>Basis for the claim: **Claimed Commissions**<br><br>Is the claim subject to offset? ○ No   ∩ Yes | **$185,027.65** |
| 3.10 | Nonpriority creditor's name and mailing address<br>**Michael D. Olsey**<br>**6 Tamarac Circle**<br>**Harrison, NY 10528**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>∩ Disputed<br><br>Basis for the claim: **Claimed Management Fees**<br><br>Is the claim subject to offset? ○ No   ∩ Yes | **$44,500.00** |

| Debtor | Prince Bakery, Inc. | Case number (if known) | 21-10252-scc |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**NYC Water Board**<br>**P.O. Box 11863**<br>**Newark, NJ 07101-8163**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ∩ No   ○ Yes | **$59,184.62** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**NYS Dept. of Labor**<br>**Unemployment Insurance Divisio**<br>**2400 Halsey Street**<br>**Bronx, NY 10461**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ∩ No   ○ Yes | **$80,000.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**NYS Unemployment Insurance Fun**<br>**P.O. Box 551**<br>**Albany, NY 12201-0551**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ∩ No   ○ Yes | **Unknown** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**NYS Workers Compensation Board**<br>**Attn:  Finance Office**<br>**328 State Street, Room 331**<br>**Schenectady, NY 12305-2302**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **4859** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ∩ No   ○ Yes | **$10,239.17** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Orange Bank & Trust Company**<br>**212 Dolson Avenue**<br>**Middletown, NY 10940**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ∩ No   ○ Yes | **$0.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Panama City Products**<br>**450 Odgen Avenue**<br>**Mamaroneck, NY 10543**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ∩ No   ○ Yes | **$38,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Sidco Foods**<br>**1628 Bathgate Avenue**<br>**Bronx, NY 10457**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ∩ No   ○ Yes | **$10,300.00** |

| Debtor | Prince Bakery, Inc. | Case number (if known) | 21-10252-scc |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ∩ No  ○ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**U.S. Flour Corp.**<br>**1 Huntington Quadrangle, Suite**<br>**Melville, NY 11747** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed | $30,000.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ∩ No  ○ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Dept of Labor Unemployment Ins**<br>**P.O. Box 4301**<br>**Binghamton, NY 13902-4301** | Line  **3.12**<br><br>○ Not listed. Explain ____ | __ |
| 4.2 | **Rocco Iacoviello, Esq.**<br>**Mango & Iacoviello, LLP**<br>**14 Penn Plaza, Suite 1919**<br>**New York, NY 10122** | Line  **3.6**<br><br>○ Not listed. Explain ____ | __ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+** | $ | 715,632.16 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ | 715,632.16 |

**Fill in this information to identify the case:**

Debtor name: **Prince Bakery, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-10252-scc**

○ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ○ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ∩ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Arctic Glacier Premium Ice** |
| | List the contract number of any government contract | **500 Fenimore Road**<br>**Mamaroneck, NY 10543** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated February 1, 2007, between Blue Spruce Corporation and the Debtor for premises located at 2418 Belmont Avenue, Bronx, NY.  Annual rent is $48,000 ($4,000 per month).** |
| | State the term remaining | **6 years** |
| | | **Blue Spruce Corporation**<br>**345 Knollwood Extension**<br>**Elmsford, NY 10523** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Prince Bakery, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-10252-scc**

○ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

∩ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
○ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ○ D / ○ E/F / ○ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ○ D / ○ E/F / ○ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ○ D / ○ E/F / ○ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ○ D / ○ E/F / ○ G |
| | | City | State | Zip Code | | |

As provided in the *Declaration of Anthony M. Rusciano Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York* [Doc. No. 2], Joseph A. Maria, Esq., was appointed as temporary receiver. The Debtor's property, including books and records, and bank accounts, are in the receiver's possession, custody or control. While the Debtor has made demand upon the receiver for the turnover of all such property, it has not yet received it. Accordingly, all information contained in the Schedules is based upon the Debtor's information and belief. The Debtor will amend the Schedules following its receipt of the Debtor's books and records.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Prince Bakery, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **21-10252-scc** |

○ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ○ Amended *Schedule*
- ○ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ○ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2021**          X **/s/ Anthony M. Rusciano**
                                                 Signature of individual signing on behalf of debtor

                                              **Anthony M. Rusciano**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor