| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Spruce Corporation** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **21-10255-lgb** |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ○ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operati**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>○ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**New York City Dept. Finance**<br>**Office of Legal Affairs**<br>**375 Pearl Street, 30th Floor**<br>**New York, NY 10038-1442** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>○ Contingent<br>○ Unliquidated<br>○ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>○ Yes | | |

| Debtor | **Blue Spruce Corporation** | Case number (if known) | **21-10255-lgb** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **NYC Dep't of Finance**<br>**Legal Affairs**<br>**345 Adams Street, Fl 3**<br>**Brooklyn, NY 11201-3719** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ⌐ No<br>○ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **United States Attorney, SDNY**<br>**Att: Tax & Bankruptcy Unit**<br>**86 Chambers St., Third Floor**<br>**New York, NY 10007-1825** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ⌐ No<br>○ Yes | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,472.72** |
|---|---|---|---|
| | **Ferrantino Fuel Corporation**<br>**c/o Mango & Lacoviello, LLP**<br>**14 Penn Plaza, Suite 1919**<br>**New York, NY 10122** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Judgment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ⌐ No  ○ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Flourentino Mendez**<br>**2428 Belmont Avenue**<br>**Bronx, NY 10458** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ⌐ No  ○ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Joseph A. Maria, Esq.**<br>**301 Old Tarrytown Road**<br>**White Plains, NY 10603** | ○ Contingent<br>○ Unliquidated<br>⌐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ○ No  ⌐ Yes | |

| Debtor | **Blue Spruce Corporation** | Case number (if known) | **21-10255-lgb** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Juan Varilias & Nativi Estrada** <br> **2428 Belmont Avenue** <br> **Bronx, NY 10458** | ○ Contingent <br> ○ Unliquidated <br> ○ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ⌐ No   ○ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Michael D. Olsey** <br> **6 Tamarac Circle** <br> **Harrison, NY 10528** | ○ Contingent <br> ○ Unliquidated <br> ⌐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ○ No   ⌐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **NYS Unemployment Ins Fund** <br> **P.O. Box 551** <br> **Albany, NY 12201-0551** | ○ Contingent <br> ○ Unliquidated <br> ○ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ⌐ No   ○ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **NYS Workers Compensation Board** <br> **Attn.: Finance Office** <br> **328 State Street, Room 331** <br> **Schenectady, NY 12305-2302** | ○ Contingent <br> ○ Unliquidated <br> ○ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ⌐ No   ○ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Orange Bank & Trust Company** <br> **212 Dolson Avenue** <br> **Middletown, NY 10940** | ○ Contingent <br> ○ Unliquidated <br> ○ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ⌐ No   ○ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 15,472.72 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 15,472.72 |

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Blue Spruce Corporation** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **21-10255-lgb** |

⌐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ○ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ⌐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - $1,600/month** | |
| | State the term remaining | | **Flourentino Mendez** |
| | List the contract number of any government contract | | **2428 Belmont Avenue** |
| | | | **Bronx, NY 10458** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Residentail Lease - $1,600.00/month** | |
| | State the term remaining | | **Juan Varillas & Nativi Estrada** |
| | List the contract number of any government contract | | **2428 Belmont Avenue** |
| | | | **Bronx, NY 10458** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the lessor under a lease dated February 1, 2007, with Prince Bakery, Inc. for premises located at 2418 Belmont Avenue, Bronx, NY. Annual rent is $48,000 ($4,000 per month).** | |
| | State the term remaining | **6 years** | **Prince Bakery, Inc.** |
| | List the contract number of any government contract | | **2418 Belmont Avenue** |
| | | | **Bronx, NY 10458** |

As provided in the *Declaration of Anthony M. Rusciano Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York* [Doc. No. 2], Joseph A. Maria, Esq., was appointed as temporary receiver. The Debtor's prepetition property, including books and records, and bank accounts, are still in the receiver's possession, custody or control. While the Debtor has made demand upon the receiver for the turnover of all such property, it has not yet received it. Accordingly, all information contained in the Schedules is based upon the Debtor's information and belief. The Debtor may further amend the Schedules following its receipt of the Debtor's books and records.

**Fill in this information to identify the case:**

Debtor name **Blue Spruce Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **21-10255-lgb**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ○ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ○ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ○ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ○ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ○ *Schedule H: Codebtors* (Official Form 206H)
- ○ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* **E/F & G**
- ○ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ○ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 8, 2021**      X **/s/ Anthony M. Rusciano**
Signature of individual signing on behalf of debtor

**Anthony M. Rusciano**
Printed name

**President**
Position or relationship to debtor