**Fill in this information to identify the case:**

Debtor name **Prince Bakery, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **21-10252-lgb**

⊓ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ○ No. Go to Part 2.

    ⊓ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.1** Priority creditor's name and mailing address
**Adis Yahir Rodriguez Quintero**
**2505 Lorilard Place**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
⊓ No
○ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Total claim **Unknown**   Priority amount **Unknown**

**2.2** Priority creditor's name and mailing address
**Edil Ferman Ramos Cediilo**
**2418 Belmont Avenue**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
⊓ No
○ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Total claim **Unknown**   Priority amount **Unknown**

| Debtor | **Prince Bakery, Inc.** | | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fernando J. Orellana**
**535 East 187th Street**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⊓ No
○ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gilberto Merari Herrera Merino**
**660 187th Street**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⊓ No
○ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Herrera Wilmer**
**2418 Lorilard Place**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⊓ No
○ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operati**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

⊓ No
○ Yes

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Mike Rodkey, Insolvency Gr 8**<br>**15 New Sudbury St. Stop 20800**<br>**Boston, MA 02203** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>∩ No<br>○ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jean Carlos Claret Javier**<br>**197 Grand Concourse**<br>**Bronx, NY 10451** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>∩ No<br>○ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jose F. Ramos**<br>**634 E 187th Street**<br>**Bronx, NY 10458** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>∩ No<br>○ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Juan B. Varillas**<br>**2457 Camberlang Avenue**<br>**Bronx, NY 10458** | ○ Contingent<br>○ Unliquidated<br>○ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>∩ No<br>○ Yes | | |

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michael D. Olsey**
**6 Tamarac Circle**
**Harrison, NY 10528**

*Check all that apply.*
○ Contingent
○ Unliquidated
⊓ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
○ No
⊓ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New York City Dept. Finance**
**Office of Legal Affairs**
**375 Pearl Street, 30th Floor**
**New York, NY 10038-1442**

*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
⊓ No
○ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New York State Dep of Taxation**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
⊓ No
○ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Norberto Vicens**
**228 Sedgwick Avenue**
**Yonkers, NY 10705**

*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
⊓ No
○ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NYC Dep't of Finance**
**Legal Affiars**
**345 Adams Street, Fl 3**
**Brooklyn, NY 11201-3719**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

⌐ No
○ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NYS Dept of Labor**
**State Campus**
**Bldg 12 Rm 256**
**Albany, NY 12240**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

⌐ No
○ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrick Varillas-Estrada**
**2457 Cambreieng Avenue**
**Bronx, NY 10458**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⌐ No
○ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rafael P. Williams**
**123 Southview Street**
**Port Chester, NY 10573**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⌐ No
○ Yes

---

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|--------|----------|---------|---------|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Robert Teran**
**2429 Lorilard Place**
**Bronx, NY 10458**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⊓ No
○ Yes

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Salieu Juldeh Barrie**
**1977 Mapps Avenue**
**Bronx, NY 10460**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⊓ No
○ Yes

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**United States Attorney, SDNY**
**Att: Tax & Bankruptcy Unit**
**86 Chambers St., Third Floor**
**New York, NY 10007-1825**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

⊓ No
○ Yes

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Varillas Estrada Patrick**
**2457 Camberlang Avenue**
**Bronx, NY 10458**

Check all that apply.
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

⊓ No
○ Yes

---

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Venturea Dionicio**
**34 Pearl Avenue**
**Port Chester, NY 10573**

*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

⊓ No
○ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vivanco Victor**
**2429 Lorilard Place**
**Bronx, NY 10458**

*Check all that apply.*
○ Contingent
○ Unliquidated
○ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

⊓ No
○ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.00** |
|---|---|---|---|

**A-1 Gilbert Telephone Answerin**
**P.O. Box 15395**
**Beverly Hills, CA 90209**

○ Contingent
○ Unliquidated
○ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9522**

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ⊓ No  ○ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,915.44** |
|---|---|---|---|

**Advantage Paper & Packaging In**
**Attn.: David Spellman**
**P.O. Box 787**
**Deer Park, NY 11729**

○ Contingent
○ Unliquidated
○ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ⊓ No  ○ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aldolfo Jorge**
**2308 Crotona Avenue**
**Bronx, NY 10458**

○ Contingent
○ Unliquidated
○ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ⊓ No  ○ Yes

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**AMRO Carting Corp.**
**337 Coster Street**
**Bronx, NY 10474**

○ Contingent
○ Unliquidated
○ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ⬠ No  ○ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Arctic Glacier Premium Ice**
**500 Fenimore Road**
**Mamaroneck, NY 10543**

○ Contingent
○ Unliquidated
○ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ⬠ No  ○ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Biondy Abreu DeJesus**
**2396 Moriss Avenue**
**Bronx, NY 10468**

○ Contingent
○ Unliquidated
○ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ⬠ No  ○ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188,000.00** |
|---|---|---|---|

**Blue Spruce Corporation**
**2245 New England Thruway**
**Bronx, NY 10475**

○ Contingent
○ Unliquidated
○ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ⬠ No  ○ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,695.61** |
|---|---|---|---|

**Caravan/Corbion**
**Attn.: Stanley Kudrgn**
**30 Corporate Drive**
**Wayne, NJ 07470**

○ Contingent
○ Unliquidated
○ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ⬠ No  ○ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,482.50** |
|---|---|---|---|

**Consolidated Edison Co. of NY**
**JAF Station**
**P.O. Box 1702**
**New York, NY 10116-1702**

○ Contingent
○ Unliquidated
○ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ⬠ No  ○ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Constance Koeper, as Administr**
**345 Knollwood Extension**
**Elmsford, NY 10523**

○ Contingent
⬠ Unliquidated
⬠ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ○ No  ⬠ Yes

---

| Debtor | **Prince Bakery, Inc.** | | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | Nonpriority creditor's name and mailing address

**Daniel Valenzuela Rodriguez**
**2418 Belmont Avenue,  Apt. 1**
**Bronx, NY 10458**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ⬌ No  ○ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**DeSena & Sweeney, LLP**
**Attn.: Robert P. Sweeney, Esq.**
**1500 Lakeland Avenue**
**Bohemia, NY 11716**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim: __

Is the claim subject to offset? ⬌ No  ○ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**EJ Paper Company**
**760 Saw Mill River Road**
**Yonkers, NY 10710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$5,000.00**

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ⬌ No  ○ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**ES Deli Grocery Corp.**
**980 Bronx Park South**
**Bronx, NY 10460**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**

○ Contingent
⬐ Unliquidated
⬐ Disputed

Basis for the claim: __

Is the claim subject to offset? ⬌ No  ○ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**Ferrantino Fuel Corporation**
**Mango & Iacoviello, LLP**
**14 Penn Plaza, Suite 1919**
**New York, NY 10122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$22,265.72**

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ⬌ No  ○ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Four Suns Fuel Co. Inc.**
**2460 Rowe Street**
**Bronx, NY 10461**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$11,000.00**

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ⬌ No  ○ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Frances Rusciano**
**19 Knolltop Road**
**Elmsford, NY 10523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$24,000.00**

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Note Payable**

Is the claim subject to offset? ⬌ No  ○ Yes

---

| Debtor | **Prince Bakery, Inc.** | Case number *(if known)* | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Generoso Cruz**
**78 Hurson Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gideon Tham**
**2418 Belmont Avenue,  Apt. 1**
**Bronx, NY 10458**

○ Contingent
○ Unliquidated
○ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Former Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ○ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gjovalin Pjetrushi**
**789 Waring Avenue, Apt. 2E**
**Bronx, NY 10467**

○ Contingent
○ Unliquidated
○ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Former Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ○ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose F. Ramos**
**634 E 187th Street,  Apt. 6**
**Bronx, NY 10458**

○ Contingent
○ Unliquidated
○ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Former Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ○ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185,027.65**

**Joseph A. Maria, Esq.**
**301 Old Tarrytown Road**
**White Plains, NY 10603**

○ Contingent
○ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Claimed Commissions**

**Last 4 digits of account number** _

Is the claim subject to offset? ○ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Julio Cesar Paniagua Gonzalez**
**2238 Adams Place,  Apt. 9B**
**Bronx, NY 10457**

○ Contingent
○ Unliquidated
○ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Former Employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ○ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Larry Hardison**
**33 Beaver Street**
**New York, NY 10004**

○ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ○ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luis Gustavo Morales**
**703 E 187th Street,  Apt. 5A**
**Bronx, NY 10458**

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ○ No   ○ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,500.00 |
|---|---|---|---|

**Michael D. Olsey**
**6 Tamarac Circle**
**Harrison, NY 10528**

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
○ Unliquidated
⌐ Disputed

Basis for the claim:  **Claimed Management Fees**

Is the claim subject to offset? ○ No   ⌐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Mastrocinque**
**1876 Andrews Avenue**
**Bronx, NY 10453**

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
⌐ Unliquidated
○ Disputed

Basis for the claim: _

Is the claim subject to offset? ⌐ No   ○ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mohammed Kankam**
**2418 Belmont Avenue,  Apt. 1**
**Bronx, NY 10458**

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Foremr Employee**

Is the claim subject to offset? ⌐ No   ○ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,822.65 |
|---|---|---|---|

**Momar, Inc.**
**PO Box 19569**
**Atlanta, GA 30325-0569**

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ○ No   ○ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Natasha Johnson**
**109 Cooper Drive**
**New Rochelle, NY 10801**

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
⌐ Unliquidated
⌐ Disputed

Basis for the claim: _

Is the claim subject to offset? ○ No   ○ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**New York City Probation Depart**
**33 Beaver Street**
**New York, NY 10004**

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
⌐ Unliquidated
⌐ Disputed

Basis for the claim: _

Is the claim subject to offset? ⌐ No   ○ Yes

---

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
---

**New York State Insurance Fund**
**199 Church Street**
**New York, NY 10007-1100**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7060**

Basis for the claim: __

Is the claim subject to offset? ☐ No  ○ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,168.87**

**New York State Insurance Fund**
**199 Church Street**
**New York, NY 10007-1100**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7866**

Basis for the claim:  **Insurance Premium**

Is the claim subject to offset? ☐ No  ○ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,184.62**

**NYC Water Board**
**P.O. Box 11863**
**Newark, NJ 07101-8163**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4001**

Basis for the claim: __

Is the claim subject to offset? ☐ No  ○ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00**

**NYS Dept. of Labor**
**Unemployment Insurance Divisio**
**2400 Halsey Street**
**Bronx, NY 10461**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ○ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**NYS Unemployment Insurance Fun**
**P.O. Box 551**
**Albany, NY 12201-0551**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ○ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,239.17**

**NYS Workers Compensation Board**
**Attn:  Finance Office**
**328 State Street, Room 331**
**Schenectady, NY 12305-2302**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4859**

Basis for the claim: __

Is the claim subject to offset? ☐ No  ○ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$563.44**

**Optimum**
**1111 Stewart Avenue**
**Bethpage, NY 11714-3581**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6025**

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☐ No  ○ Yes

---

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Orange Bank & Trust Company**
**212 Dolson Avenue**
**Middletown, NY 10940**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ⊓ No ○ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,591.50 |
|---|---|---|---|

**Panama City Products**
**450 Odgen Avenue**
**Mamaroneck, NY 10543**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ⊓ No ○ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Davis**
**913 East 219 Street #4**
**Bronx, NY 10469**

- ○ Contingent
- ⊓ Unliquidated
- ⊓ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ⊓ No ○ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,300.00 |
|---|---|---|---|

**Sidco Foods**
**1628 Bathgate Avenue**
**Bronx, NY 10457**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ⊓ No ○ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Terri-Anne Davis**
**913 East 219 Street #4**
**Bronx, NY 10469**

- ○ Contingent
- ⊓ Unliquidated
- ⊓ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ⊓ No ○ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The City of New York**
**Corp. Counsel - Zachery Carter**
**100 Church Street**
**New York, NY 10007**

- ○ Contingent
- ⊓ Unliquidated
- ⊓ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ⊓ No ○ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Westchester Bank**
**12 Water Street**
**White Plains, NY 10601**

- ○ Contingent
- ○ Unliquidated
- ○ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ⊓ No ○ Yes

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

U.S. Flour Corp.
1 Huntington Quadrangle
Suite 1C04
Melville, NY 11747

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ○ No   ○ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,836.25** |
|---|---|---|---|

Veneruso, Curto, Schwartz
Attn.: James J. Veneruso
35 E. Grassey Sprain Rd, # 400
Yonkers, NY 10710

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
○ Unliquidated
○ Disputed

Basis for the claim: _

Is the claim subject to offset? ⊓ No   ○ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Virginia Alverez, Esq.
233 Broadway
Suite 2348
New York, NY 10279

Date(s) debt was incurred _
Last 4 digits of account number _

○ Contingent
○ Unliquidated
⊓ Disputed

Basis for the claim: _

Is the claim subject to offset? ○ No   ⊓ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anne Penachio, Esq.**<br>**Penachio Malara, LLP**<br>**245 Main St., Suite 450**<br>**White Plains, NY 10601** | Line **3.22**<br><br>○ Not listed. Explain ____ | _ |
| 4.2 | **Dept of Labor Unemployment Ins**<br>**P.O. Box 4301**<br>**Binghamton, NY 13902-4301** | Line **3.35**<br><br>○ Not listed. Explain ____ | _ |
| 4.3 | **James E. Johnson, Esq.**<br>**Corp. Counsel - Marcy Simone**<br>**100 Church Street**<br>**New York, NY 10007** | Line **3.24**<br><br>○ Not listed. Explain ____ | _ |
| 4.4 | **James E. Johnson, Esq.**<br>**City NY Law Dep - Marcy Simone**<br>**260 East 161st St., 3d Fl**<br>**Bronx, NY 10451-3513** | Line **3.24**<br><br>○ Not listed. Explain ____ | _ |
| 4.5 | **James E. Johnson, Esq.**<br>**City NY Law Dept -Marcy Simone**<br>**260 East 161st St., 3d Fl**<br>**Bronx, NY 10451-3513** | Line **3.44**<br><br>○ Not listed. Explain ____ | _ |
| 4.6 | **James E. Johnson, Esq.**<br>**Corp Counsel - Marcy Simone**<br>**100 Church Street**<br>**New York, NY 10007** | Line **3.44**<br><br>○ Not listed. Explain ____ | _ |

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **James E. Johnson, Esq.** **Corp Counsel - Marcy Simone** **100 Church Street** **New York, NY 10007** | Line **3.31** ○ Not listed. Explain ____ | _ |
| 4.8 | **James E. Johnson, Esq.** **City NY Law Dept -Marcy Simone** **260 East 161st St., 3d Fl** **Bronx, NY 10451-3513** | Line **3.31** ○ Not listed. Explain ____ | _ |
| 4.9 | **NYSIF** **PO Box 5238** **New York, NY 10008-5238** | Line **3.32** ○ Not listed. Explain ____ | **7060** |
| 4.10 | **Robert A. Cardali & Assoc. LLP** **39 Broadway, 35th Floor** **New York, NY 10006** | Line **3.30** ○ Not listed. Explain ____ | _ |
| 4.11 | **Robert A. Cardali & Assoc. LLP** **39 Broadway, 35th Floor** **New York, NY 10006** | Line **3.43** ○ Not listed. Explain ____ | _ |
| 4.12 | **Robert A. Cardali & Assoc. LLP** **39 Broadway, 35th Floor** **New York, NY 10006** | Line **3.41** ○ Not listed. Explain ____ | _ |
| 4.13 | **Rocco Iacoviello, Esq.** **Mango & Iacoviello, LLP** **14 Penn Plaza, Suite 1919** **New York, NY 10122** | Line **3.15** ○ Not listed. Explain ____ | _ |
| 4.14 | **Rosenberg, Minc, Falkoff & Wol** **Attn.: Robert H. Wolff, Esq.** **122 East 42nd St., Suite 3800** **New York, NY 10168** | Line **3.18** ○ Not listed. Explain ____ | _ |
| 4.15 | **Steven J. Harfenist, Esq.** **Harfenist Kruat & Perlstein LL** **3000 Marcus Ave., Suite 2E1** **New Hyde Park, NY 11042** | Line **3.26** ○ Not listed. Explain ____ | _ |
| 4.16 | **Steven J. Harfenist, Esq.** **Harfenist Kruat & Perlstein LL** **3000 Marcus Ave., Suite 2E1** **New Hyde Park, NY 11042** | Line **2.11** ○ Not listed. Explain ____ | _ |
| 4.17 | **Virginia Alverez, Esq.** **233 Broadway** **Suite 2348** **New York, NY 10279** | Line **3.10** ○ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 810,708.42 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Prince Bakery, Inc.** | Case number (if known) | **21-10252-lgb** |
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                     810,708.42

As provided in the *Declaration of Anthony M. Rusciano Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York* [Doc. No. 2], Joseph A. Maria, Esq., was appointed as temporary receiver. Certain of the Debtor's prepetition property, including books and records, are still in the receiver's possession, custody or control. Accordingly, all information contained in the Schedules is based upon the Debtor's information and belief. The Debtor may further amend the Schedules following its receipt of the Debtor's books and records.

**Fill in this information to identify the case:**

Debtor name   **Prince Bakery, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **21-10252-lgb**

○ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ○  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ○  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ○  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ○  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ○  *Schedule H: Codebtors* (Official Form 206H)
- ○  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ⊓  Amended *Schedule*   **E/F**
- ○  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ○  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  5, 2021**          X **/s/ Anthony M. Rusciano**
                                          Signature of individual signing on behalf of debtor

                                          **Anthony M. Rusciano**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy